IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHELSIE BROWN and SHARON HAGANS ) ) | Civil Action No. |
| Plaintiffs, ) | 1:16-cv-03789-WSD |
| v. ) | JURY TRIAL DEMANDED |
| FIRST ADVANTAGE CORPORATION (DE) ) ) | |
| Defendant. ) | |

_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Chelsie Brown and Sharon Hagans and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismiss their claims against First Advantage Corporation (DE) with prejudice. Each party shall be responsible for its own costs.

Respectfully submitted this 13th day of December, 2016.

                                                 s/Benjamin A. Stark_____
                                               Benjamin A. Stark
                                               Georgia Bar No. 601867

BARRETT & FARAHANY, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309
(404) 214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHELSIE BROWN and SHARON HAGANS | ) ) ) Civil Action No. ) |
| Plaintiffs, | ) 1:16-cv-03789-WSD ) |
| v. | ) JURY TRIAL DEMANDED ) |
| FIRST ADVANTAGE CORPORATION (DE) | ) ) ) ) |
| Defendant. | ) ) |

_____

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Brett C. Bartlett
    Seyfarth Shaw LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, GA 30309-3958

This 13th day of December, 2016.

                        s/Benjamin A. Stark_____
                        Benjamin A. Stark
                        Georgia Bar No. 601867